# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schaaf, Gregory R. | U.S. Bankruptcy Court, Eastern District of Kentucky | 04/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Court Judge (full time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address |
|---|
| United States Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588-1111 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Executor | Leon Joseph Creek Estate (See Part VIII, Note 4) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Transylvania University, Lexington, KY; salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Republic Bank, Cash Account | B | Int./Div. | J | T | | | | | |
| 2. Metropolitan Tower Life Insurance Company(whole life) (Note 1) | A | Int./Div. | | | Redeemed | 08/22/20 | L | | |
| 3. (H)Retirement Account - No. 1 (risk based) | | | | | | | | | |
| 4. --FDN | | None | | | Sold (part) | 03/12/20 | K | C | |
| 5. | | | | | Sold | 03/18/20 | K | D | |
| 6. --QTEC | | None | | | Sold (part) | 03/12/20 | K | A | |
| 7. | | | | | Sold | 03/18/20 | J | D | |
| 8. -First Trust Trust Series 15 (FT Div Inc Trust Series 15 Fee Reimb.) | | None | | | Matured | 05/18/20 | L | A | |
| 9. -FXL | | None | | | Sold (part) | 03/12/20 | K | A | |
| 10. | | | | | Sold | 03/18/20 | K | A | |
| 11. -First Trust Portfolio LP AQA Large Cap Portfolio Series Fee Reinvest | A | Dividend | | | Matured | 05/29/20 | K | A | |
| 12. -FXO | | None | | | Sold (part) | 03/12/20 | K | A | |
| 13. | | | | | Sold | 03/18/20 | J | A | |
| 14. -FXU | | None | | | Sold (part) | 03/12/20 | K | A | |
| 15. | | | | | Sold | 03/18/20 | K | A | |
| 16. -VOO | C | Dividend | M | T | Buy (add'l) | 03/24/20 | K | | |
| 17. | | | | | Buy (add'l) | 04/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 05/29/20 | K | | |
| 19.     -First Trust High Qlty Divid 2Q19 | A | Dividend | | | Matured | 05/29/20 | J | A | |
| 20.     -First Trust Tgt Glbl Ldrs 2Q19 | A | Dividend | | | Matured | 05/29/20 | J | A | |
| 21.     -First Truste Automated Quant Anlys 18 | A | Dividend | | | Matured | 05/29/20 | M | E | |
| 22.     -First Trust Automated Quan Anlys 19 | A | Dividend | | | Matured | 05/29/20 | M | C | |
| 23.     -CitiBank (temporary sweep account) | A | Interest | | | Closed | 01/01/20 | J | A | |
| 24.     -FWGIX | B | Dividend | M | T | Buy | 03/03/20 | K | | |
| 25. | | | | | Buy<br>(add'l) | 03/12/20 | K | | |
| 26. | | | | | Buy<br>(add'l) | 03/24/20 | K | | |
| 27. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 28. | | | | | Sold<br>(part) | 05/29/20 | L | A | |
| 29.     -GAFFX | B | Dividend | M | T | Buy | 03/03/20 | K | | |
| 30. | | | | | Buy<br>(add'l) | 03/12/20 | K | | |
| 31. | | | | | Buy<br>(add'l) | 03/24/20 | K | | |
| 32. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 05/29/20 | K | | |
| 34. | | | | | Sold<br>(part) | 08/25/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IJR | A | Dividend | L | T | Buy | 04/22/20 | J | | |
| 36. | | | | | Buy (add'l) | 05/29/20 | L | | |
| 37. -VWO | B | Dividend | M | T | Buy | 04/22/20 | J | | |
| 38. | | | | | Buy (add'l) | 05/29/20 | L | | |
| 39. | | | | | Sold (part) | 08/25/20 | J | B | |
| 40. -VEA | C | Dividend | M | T | Buy | 04/22/20 | J | | |
| 41. | | | | | Buy (add'l) | 05/29/20 | M | | |
| 42. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 43. -FWMIX | C | Dividend | M | T | Buy | 03/03/20 | K | | |
| 44. | | | | | Buy (add'l) | 03/24/20 | K | | |
| 45. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 46. | | | | | Buy (add'l) | 05/29/20 | L | | |
| 47. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 48. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 49. -AGN | | None | | | Buy | 02/25/20 | J | | |
| 50. | | | | | Sold | 03/03/20 | J | A | |
| 51. -DIS | | None | | | Buy | 02/25/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 03/03/20 | L | A | |
| 53. -GE | | None | | | Buy | 02/25/20 | K | | |
| 54. | | | | | Sold | 03/03/20 | K | A | |
| 55. -VNQ | | None | | | Buy | 04/22/20 | J | | |
| 56. | | | | | Sold | 05/29/20 | J | A | |
| 57. -HSBC Bank USA (temporary sweep acct) | A | Interest | J | T | Open | 01/01/20 | J | | |
| 58. [(H) End Retirement Account - No.1] | | | | | | | | | |
| 59. (H)Investement Account - No. 1 | | | | | | | | | |
| 60. -CSCO | A | Dividend | K | T | | | | | |
| 61. -FDN | | None | K | T | | | | | |
| 62. -QTEC | A | Dividend | K | T | | | | | |
| 63. -FXL | A | Dividend | K | T | | | | | |
| 64. -FXO | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 65. -FXU | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 66. -FXD | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 67. -FTXR | A | Dividend | J | T | Buy | 09/22/20 | J | | |
| 68. -FXN | | None | | | Buy | 06/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold | 09/15/20 | J | A | |
| 70. | -CitiBank (X) (temporary sweep account) (Note 5) | A | Interest | J | T | | | | | |
| 71. | [(H)End Investment Account - No. 1] | | | | | | | | | |
| 72. | (H)Retirement Account - No. 2 | | | | | | | | | |
| 73. | -TIAA Trad'l | A | Interest | K | T | | | | | |
| 74. | T-C Lfcyle Idx Rtmt | C | Dividend | M | T | Buy | 12/31/20 | J | | |
| 75. | [(H)End Retirement Account - No. 2] | | None | | | | | | | |
| 76. | (H)Investment Account - No. 2 | | | | | | | | | |
| 77. | -VFIAX | B | Dividend | M | T | | | | | |
| 78. | -VEXAX | A | Dividend | L | T | | | | | |
| 79. | -ARKK | A | Dividend | J | T | | | | | |
| 80. | -FVD | A | Dividend | J | T | Sold<br>(part) | 05/18/20 | J | A | |
| 81. | -FTCS | A | Dividend | J | T | | | | | |
| 82. | -RDVY | A | Dividend | J | T | Buy<br>(add'l) | 05/18/20 | J | | |
| 83. | -SPLV | A | Dividend | | | Sold | 05/18/20 | J | A | |
| 84. | -IHI | A | Dividend | J | T | | | | | |
| 85. | -XAR | A | Dividend | | | Sold | 10/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schaaf, Gregory R.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -BIICX | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 87.   -SBLYX | | None | | | Sold | 05/18/20 | J | A | |
| 88.   -HLIEX | A | Dividend | J | T | | | | | |
| 89.   -JSOSX | A | Dividend | | | Sold | 05/18/20 | J | A | |
| 90.   -JVASX | | None | | | Sold | 03/03/20 | J | A | |
| 91.   -GLIFX | | None | | | Sold | 03/19/20 | J | A | |
| 92.   -MFAIX | | None | | | Sold | 03/20/20 | J | A | |
| 93.   -PXWIX | | None | | | Sold | 05/18/20 | J | A | |
| 94.   -PRJZX | A | Distribution | J | T | Buy<br>(add'l) | 05/18/20 | J | | |
| 95. | | | | | Sold<br>(part) | 10/14/20 | J | A | |
| 96.   -PDBZX | A | Dividend | J | T | Buy<br>(add'l) | 05/18/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 98.   -TRBCX | | None | | | Sold<br>(part) | 06/25/20 | J | A | |
| 99. | | | | | Sold | 10/14/20 | J | C | |
| 100.  -PKSFX | A | Dividend | J | T | Sold<br>(part) | 05/18/20 | J | A | |
| 101.  -WACPX | A | Dividend | J | T | Buy<br>(add'l) | 10/01/20 | J | | |
| 102.  -LMGNX | | None | | | Sold | 03/20/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -LMGNX | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 104.  -LVHD | A | Dividend | | | Sold | 05/18/20 | J | A | |
| 105.  -SKYY | A | Dividend | J | T | | | | | |
| 106.  -FXU | | None | | | Sold (part) | 03/12/20 | K | A | |
| 107. | | | | | Sold | 03/18/20 | K | A | |
| 108.  -FV | A | Dividend | J | T | Buy (add'l) | 10/01/20 | J | | |
| 109.  -FRI | | None | | | Sold | 03/23/20 | J | A | |
| 110.  -CIBR | A | Dividend | J | T | | | | | |
| 111.  -JHMM | A | Dividend | J | T | Sold (part) | 05/18/20 | J | A | |
| 112.  -JNBSX (Note 2) | A | Dividend | J | T | | | | | |
| 113.  -ARKW | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 114. | | | | | Sold (part) | 10/01/20 | J | A | |
| 115.  -HYLS | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 116.  -FIXD | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 117. | | | | | Buy (add'l) | 05/18/20 | J | | |
| 118. | | | | | Buy (add'l) | 01/01/20 | J | | |
| 119.  -FBT | | None | J | T | Buy | 04/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 121.  -NXTG | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 122.  -LMBS | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 123. | | | | | Sold<br>(part) | 05/18/20 | J | A | |
| 124.  -FPX | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 125.  -FTSM | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 126.  -PAVE | | None | J | T | Buy | 12/07/20 | J | | |
| 127.  -NOBL | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 128.  -FAGCX | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 129. | | | | | Sold<br>(part) | 10/14/20 | J | A | |
| 130.  -FHCIX | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 131.  -FDYZX | | None | J | T | Buy | 10/14/20 | J | | |
| 132.  -JEMSX | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 133.  -GAOSX | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 134.  -MWCIX | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 135. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 136.  -TSIIX | A | Dividend | J | T | Buy | 05/18/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -VIMCX | A | Distribution | J | T | Buy | 05/18/20 | J | | |
| 138. -RHS | A | Distribution | | | Buy | 05/18/20 | J | | |
| 139. | | | | | Sold | 12/07/20 | J | A | |
| 140. -Morgan Stanley Private Bank NA (temporary sweep acct) | A | Interest | J | T | | | | | |
| 141. [(H)End Investment Account - No. 2] | | | | | | | | | |
| 142. Community Trust Bank | A | Interest | M | T | | | | | |
| 143. (H)Investment Account - No. 3 | | | | | | | | | |
| 144. -Oppenhiemer Steelpath MLP Income Fund A (MLPDX) | A | Dividend | | | Buy | 06/25/20 | J | | |
| 145. | | | | | Sold | 12/21/20 | K | A | |
| 146. -Oppenheimer Global Opportunities Fund Class A (OPGIX) (Note 3) | | None | | | Buy | 11/30/20 | K | | |
| 147. | | | | | Sold | 12/21/20 | J | B | |
| 148. [(H)End Investment Account - No. 3] | | | | | | | | | |
| 149. PNC Bank | A | Interest | J | T | | | | | |
| 150. Metropolitan Tower Life Insurance Company (Whole Life) | | None | K | T | | | | | |
| 151. (H) Investement Account - No. 4 | | | | | | | | | |
| 152. -VWEHZ | A | Dividend | J | T | | | | | |
| 153. -VTTVX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -VBLAX | A | Dividend | J | T | | | | | |
| 155.  [(H) End Investment Account - No. 4] | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:  Part VII, Line 2:  The cash value was reported for prior years.  The named insured passed away, so the insurance proceeds were disbursed.

Note 2:  Part VII, Line 112:  Identified as JBNSX on prior year Part VIII.  The correct symbol is JNBSX.  This was identified correctly in Note 2 on Part VIII last year.

Note 3:  Part VII, Line 146:  The monthly dividends from MLPDX are reinvested monthly in OPGIX.  The amounts are $161.28 each month beginning January.  Based on the small amount each month and consistent with the prior year, I aggregated on an annual basis.  There are no dividends for the reinvestment account.

Note 4:  Part I, Line 1:  There are no reportable assets based on the nature of the estate.  (Discussed with committee staff before submission.)

Note 5:  Part VII, Line 70:  This is the temporary sweep account for this investment account.  I discovered that the sweep account changed to CitiBank during 2019, so it is corrected.  The amounts in this account for any length of time are de minimis as they are quickly reinvested.  Therefore, I have handled by this note instead of attempting an amendment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gregory R. Schaaf**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544